IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE THE SEARCH OF:            )
                                    )
                                    )
The residence at ███████████   )
██████████████████       )     Magistrate No.22-007-N
more particularly described in   )
Attachment A               )
                                    )

---

## AFFIDAVIT IN SUPPORT OF
## APPLICATION FOR SEARCH WARRANT

Your affiant, Charles Shorter, being duly sworn, does hereby state the following:

## I.    INTRODUCTION AND AGENT BACKGROUND

1.    Your affiant is employed as a Louisiana State Police Trooper and is currently assigned to the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), Lafayette Satellite Office, New Orleans Field Division as a Task Force Officer.  I have been employed with the Louisiana State Police since 2016. I am currently assigned to the ATF as a Task Force Officer. I have been a Task Force Officer with the ATF since 2019. I became a criminal investigator with the Louisiana State Police in 2019.  I have attended training in the field of investigative methods and techniques to further my knowledge in the field of criminal investigations. In addition to my investigative training and experience, I have worked as a patrol officer, a street level narcotics officer, an interstate interdiction

Trooper, and a SWAT Team Operator.  Through my training and experience, I am knowledgeable about federal firearms, explosives, and drug laws.  During my time in law enforcement, I have participated in numerous investigations of individuals involved in the illegal use, possession, transportation, and manufacturing of firearms, illegal controlled substances, and explosives.  In such investigations, I have conducted physical surveillance, and electronic surveillance. I have authored, executed, and participated in firearms, explosives, and narcotics search warrants.  I have also debriefed defendants, informants, witnesses, and other persons who have personal knowledge of the methods and practices used by drug traffickers. I have also received training in the collection and recovery of digital media.

## II.  **THE APPLICABLE LAW**

2.     Your affiant is familiar with the facts and circumstances set forth in this affidavit as a result of his participation in this investigation, as well as from information received by your affiant, other law enforcement officers and persons, and additional sources specifically identified herein.

3.     Title 26, United States Code, Section 5845(a) defines a "firearm", in part, as a destructive device.  Title 26, United States Code, Section 5845(f) further defines a "destructive device" as any explosive, incendiary, or poison gas, bomb, grenade, rocket having a propellant charge of more than four ounces, missile having an explosive or incendiary charge of more than one-quarter ounce, mine, or similar device.

2

4.     Title 18, United States Code, Section 841(d) defines an "explosive" to include: "any chemical compound, mixture, or device, the primary or common purpose of which is to function by explosion." The term includes, but is not limited to, dynamite, and other high explosives, black powder, pellet powder, initiating explosives, detonators, safety fuses, squibs, detonating cord, igniter cord, and igniters." Explosive materials are further regulated by ATF under Title 27, Code of Federal Regulations, Part 55, Subpart K—Federal regulations concerning importation, storage, and distribution of explosive materials.

5.  As an ATF Task Force Officer, your affiant has conducted investigations of violations of Title 18, United States Code, Section 842 et al., which generally makes it unlawful to manufacture, possess, transport, transfer, or receive explosive materials without a Federal explosives license or permit as issued by ATF. Furthermore, your affiant knows that it is a violation of 26 U.S.C. § 5861(d) for an individual to receive or possess a firearm which is not registered to him in the National Firearms Registration and Transfer Record (NFRTR).











## III.  <u>**CONCLUSION**</u>

19.  Based on your affiant's training, knowledge and experience it is believed that the materials described herein meet the definition of explosives as defined in the United States Code.  Your affiant also knows that it is unlawful for an individual to receive or possess a firearm which is not registered to him in the NFRTR.



23.     Based upon the information revealed during this investigation there is probable cause to believe evidence of the above-mentioned violation, described further in Attachment B, will also be found stored at ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ which is further described in Attachment A.

24.     WHEREFORE, based upon the foregoing, your affiant believes that probable cause exists to search ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ for items described in Attachment B, to wit, fruits, evidence, and instrumentalities of violations of Title 26, United States Code, Section 842, et al.


_s/ Charles Shorter_____
Task Force Officer Charles Shorter


THE ABOVE AGENT HAS ATTESTED
TO THIS AFFIDAVIT PURSUANT TO
FED. R. CRIM. P. 4.1(b)(2)(B) THIS
____ DAY OF JANUARY, 2022.

U.S. Magistrate
Judge Katherine
P. Nelson

Digitally signed by U.S.
Magistrate Judge Katherine
P. Nelson
Date: 2022.01.12 15:24:33
-06'00'

**HONORABLE KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**

Certified to be a true and
correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By: _Shannon Davison_
Deputy Clerk
Date: January 12, 2022


**ATTACHMENT A**
**DESCRIPTION OF PLACE TO BE SEARCHED**



**ATTACHMENT B**
**DESCRIPTION OF ITEMS TO BE SEIZED**

A.  Complete and incomplete explosive devices or destructive devices to include remnants of previously functioned devices.

B.  Any and all explosive materials designated as high explosives, low explosives, blasting agents, consumer pyrotechnics, display pyrotechnics or traces of such materials whether those items are commercially manufactured or improvised.

C.  Any and all unmixed chemical powders/prills, liquids, gels, or other organic and inorganic materials that, when combined, can or can be intended to produce an explosive device, destructive device, or explosive material commonly referred to as a Homemade Explosive ("HME").

D.  Packaging or containers of explosives or explosive precursors including but not limited to cans, bottles, tubes, crates, bins, boxes or other containment

vessels. Placards, packaging materials, instructions, manufacturer safety data sheets or other documentation included with the packaging of commercially manufactured explosive materials or their precursors.

E. Containers used, or intended to be used, to confine explosives or to conceal explosive devices or destructive devices comprised of wood, metal, cardboard, cloth, plastic or other inorganic material. Pipe, end caps, or end plugs made from wood, metal, cardboard or plastic. Compressed gas containers, ordnance containers (i.e. grenade hulls) and/or other improvised containers (i.e. pressure cookers),

F. Projectiles and related materials added as shrapnel to explosive or destructive devices to include but not limited to: Ball Bearings, BB's, nuts, nails, screws, tacks, darts, metal fragments, glass, and firearms ammunition or the components of firearms ammunition.

G. Fusing and/or firing materials to include but not limited to commercially manufactured or improvised pyrotechnic fuse , safety fuse, quick match, Visco fuse, cannon fuse of any color, electric match, squibs, model rocket igniters or other improvised fusing materials. Filaments, flash bulbs, light bulbs, electric or electronic detonators and their related wiring (comprised of copper, aluminum, or other metals), dual conductor wire, single and multi-strand wires, tape, wire connectors, and/or shrink tube.

H. Batteries and/or other sources of electrical impulse, current, voltage or power.

I. Switches or device "trigger mechanisms" to include but not limited to temperature, infrared, motion, tremble, trip wire, tension or tension release, barometric pressure, light sensing, dark sensing, or sound either electrical or non-electrical.

J. Command wire or other command operated switches such as pagers, modems, cordless telephones, cellular telephones, key fobs, remote control vehicle/ door or other radio frequency (RF) switches, time delay (microprocessor, digital IC, mechanical, resistors and capacitors) and all related safe arm delay components.

K. Improvised non-electric delay systems such as cigarettes or matches/ lighters and related improvised fusing.

L. Tools commonly used in the manufacture of destructive devices including but not limited to glues and adhesives, tape, cutting devices, pliers, vices, hammers, containers, glues, glue guns and their related adhesives. Mortar and pestles, filters, funnels, beakers, distillers and tubing, graduated

cylinders, thermometers and pipets.  Drills, drill bits, screwdrivers, mallets, hammers, wrenches, ratchets, dies, pipe cutters, or other cutting implements. Soldering irons, circuit testers, ohm meters, galvanometers, wire cutters and crimpers.

M. Implements and tools that may contain the residue of explosives or explosive chemicals such as miscellaneous tools, clothing trash bags, waste bins, barrels, bags, bowls, glassware, spoons, funnels, strainers, mixing implements, vacuums (and their bags) and personal protective gear such as clothing or footwear, hats/helmets/face shields, glasses/goggles, plastic suits, gloves and respirators.

N. Swabbings from a person, vehicle, implement, or other area within the dominion and control of the residence or upon its curtilage which may contain explosive residues.

O. Documentation related to the importation, manufacture, purchase, possession, sale or use of explosives and their precursors, explosive devices or destructive devices (including components of such devices) including but not limited to pricing sheets, sales receipts, bills of lading, price tags, ledgers or logs.  Currency in the form of cash, check, money order, or other real and tangible proceeds or assets from the sale or intended purchase of explosive materials or destructive devices.

P. Manuals or other literature relating to the assembly, manufacture and/or function of explosives, explosives devices or destructive devices including but not limited to: books, pamphlets, drawings, sketches, diagrams, photographs, computer prints or photocopies. Paper in handwritten form, typed, photocopied or printed or stored on computers, cellular or other wi-fi enabled devices, thumb or flash drives, magnetic tape, cassette, disk, diskette, photo-optical devices, faxes, photographic film or any other medium.

Q. Computer hardware or software and other digital recording devices such as cameras, cell phones, tablets, PDAs, video recorders, and their related storage media that may contain documentation of the unlawful purchase, manufacture, possession, sale, storage or use of explosives, explosive precursor materials and/or destructive devices (i.e. actual bombs).

R. Indicia of residency to include but not limited to vehicle, motorcycle, boat or trailer registration, utility bills, cable bills, bank or credit card statements, personal mail, checkbooks, personal identification, notes, other correspondence, utility bills, rent receipts, payment receipts, financial documents, keys, photographs (developed or undeveloped), leases, mortgage

bills, receipts for vehicle parts and repairs and telephone answering machine introductions and fingerprints.