| Return | | |
|---|---|---|
| Case No.:<br>22-007-N | Date and time warrant executed:<br>1/12/2022 @ 1603 | Copy of warrant and inventory left with:<br>KITCHEN COUNTER |
| Inventory made in the presence of :<br>ATF SPECIAL AGENTS | | |

Inventory of the property taken and name of any person(s) seized:

- SEE ATTACHED ATF FORM 3400.23 (RECIEPT FOR
  PROPERTY AND OTHER ITEMS)

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1 | 12 | 2022

Executing officer's signature

TASK FORCE OFFICER CHARLES SHORTER
Printed name and title

Print        Save As...                                    Reset

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Receipt for Property and Other Items

| Case/Inspection Number | Case/Inspection Title | Office |
|---|---|---|
| 77011-22-0036 | | LAFAYETTE SATELLITE |

Taken from: *(name, title, address, if appropriate)*
FURMAN BOZEMAN
6019 GEER ~~EXPRESS~~ ~~SHIPPS, M~~

**Location of Transfer or Seizure**

~~LAFAYETTE~~

Recipient: *(name, title, address, if appropriate)*
SA ANDREW ERDMANN
LAFAYETTE SATELLITE

Basis for Transfer or Seizure of Items:
SEARCH WARRANT EVIDENCE

| Amount or Quantity | Description of Item(s) |
|---|---|
| ONE | DEWALT BAG w/ BATTERIES (3FT m BLUE DEVICES) |
| ONE | HENDERSON TRAVEL PLAZA RECEIPT |
| ONE | SAMPLE OF ENERGETIC POWDER - 3⁴ SAMPLES |
| ONE | BUCEE'S RECEIPT |
| ONE | FLASH POWDER COOKBOOK + RECEIPT |
| ONE | HODGDON POWDER |
| ONE | ALUMINUM POWDER |
| ONE | 2 LBS MAGNESIUM |
| ONE | CYLINDERS OF SUSPECTED FLASH POWDER |
| ONE | HODGDON POWDER |
| ONE | 3 REMINGTON .223 ROUNDS |
| ONE | 3 WINCHESTER 5.56 ROUNDS |
| ONE | 5 WOLF .223 ROUNDS |
| ONE | 3 MAL 556 ROUNDS |
| ONE | 3 WLC 5.56 ROUNDS |
| ONE | 3 RED Army 223 ROUNDS |
| ONE | 3 FEDERAL LC 7.62 x 51 ROUNDS |
| ONE | 3 PPU 9 mm |
| ONE | LENOVO 81H5 LAPTOP SN: MP1G7VGQ |

I hereby acknowledge receipt of the above item(s) into my custody.

Received by: *(signature)* [signature]    Date 01/12/22

Transferred by: *(signature, if appropriate)* SW RETURN    Date    Witnessed by: *(signature)* [signature]    Date 1/12/22

ATF Form 3400. 23
Revised March 2005

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Receipt for Property and Other Items

| Page 2 of 2 | Case/Inspection Number 77011-22-W36 | Case/Inspection Title | Office LAFAYETTE SATELLITE |
|---|---|---|---|

| Taken from: *(name, title, address, if appropriate)* | Recipient: *(name, title, address, if appropriate)* |
|---|---|
| FURMAN BOZEMAN | SA ANDREW ERDMAN |
| ~~645 ~~~~ ... ~~ CHATES, AL | LAFAYETTE SATELLITE |

| Location of Transfer or Seizure | Basis for Transfer or Seizure of Items: |
|---|---|
| ~~645 ~~~~ ... ~~ , AL | SEARCH WARRANT    EVIDENCE |

| Amount or Quantity | Description of Item(s) |
|---|---|
| ONE | ACER CP311-35 LAPTOP  SN NXFHUVAAQX6O4272TA  27600 |
| ONE | RED ALABAMA HOODIE |
| ONE | BLACK IPHONE IN BLACK CASE |
| ONE | LENGHT OF GREEN FUSE |
| ONE | KING BRAND LIGHTER |
| ONE | GARMIN GPS |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

I hereby acknowledge receipt of the above item(s) into my custody.

| Received by: *(signature)* | | Date 01/12/22 |
|---|---|---|
| Transferred by: *(signature, if appropriate)* SW RETURN | Date | Witnessed by: *(signature)* | Date 1/12/22 |

ATF Form 3400. 23
Revised March 2005

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Receipt for Property and Other Items

| Page 1 of 1 | Case/Inspection Number | Case/Inspection Title | Office Mobile, AL ~~LAFAYETTE SATELLITE~~ |
|---|---|---|---|

| Taken from: (name, title, address, if appropriate) | Recipient: (name, title, address, if appropriate) |
|---|---|
| FLORMAN BOZEMAN | ATF Mobile Field office |
| ~~LOT GULF SHORES, ROUTE SHORES, AL~~ | 41 W DES Service 22 North a 350 |
|  | mobile, AL 36608 |

| Location of Transfer or Seizure | Basis for Transfer or Seizure of Items: |
|---|---|
| LOT GULF SHORES, GULF SHORES | SW |

| Amount or Quantity | Description of Item(s) |
|---|---|
| ONE | BAIKAL (RUSSIAN) 9mm PISTOL, SN: A035652 w/13 ROUND OF 9mm (ARM REST OF TRUCK) |
| AND | MAGAZINE 16 TOTAL ROUNDS |
| ONE | RUGER P89 PISTOL, 9mm, SN: 304-48331 w/1 ROUND CHAMBER 15 ROUND MAG (LOCATED BOTTOM SHELF SAFE MASTER CLOSET) |
| ONE | SMITH + WESSON AIRWEIGHT 38 CAL REVOLVER SN: 81278 - (BOTTOM SHELF / SAFE / MASTER CLOSET) |
| ONE | ROSSI, 357 REVOLVER, MODEL 1187? SN: F44505() 6 ROUNDS 357 CHAMBERED (BOTTOM SHELF SAFE MASTER CLOSET) |
| ONE | STAG ARMS MODEL STAG-15, 5.56 RIFLE SN: 196455 - 1 ROUND CHAMBERED NO MAG (FOUND UNDER BED - MASTER) |
| 1/ | BOXES 5.56 AMMO ~~PLUS 1 SINGLE ROUND B/~~ (FOUND UNDER BED - MASTER) |

I hereby acknowledge receipt of the above item(s) into my custody.

| Received by: (signature) | | Date |
|---|---|---|
| | | 1-12-22 |

| Transferred by: (signature, if appropriate) SW RUTGARN | Date | Witnessed by: (signature) | Date 1/12/2 |

GPO U.S. GOVERNMENT PRINTING OFFICE: 2009-349-461/41101

ATF Form 3400. 23
Revised March 2005

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Receipt for Property and Other Items**

| Page 2 of 2 | Case/Inspection Number | Case/Inspection Title | Office ~~GATF~~ Mobile, AL |
|---|---|---|---|

Taken from: *(name, title, address, if appropriate)*
FURMAN BOZEMAN
615 GLEN EAGLES GULF SHORES, AL

Location of Transfer or Seizure
~~615 GLEN EAGLES~~

Recipient: *(name, title, address, if appropriate)*
ATF Mobile Field Office
41 W-ICS Service Rd North #350
Mobile, AL 36608

Basis for Transfer or Seizure of Items:
SW

| Amount or Quantity | Description of Item(s) |
|---|---|
| ONE | COLT 5.56 MY CARBINE SN LE 218555 (LOCATED UNDER BED) |
| 4 | BOXES 5.56 AND 2 MAGAZINES (LOCATED UNDER BED) |
| 50 | BOXES RED ARMY STANDARD 223 (UNDER BED) |
| 2 | BOXES FEDERAL 7.62x51 (MASTER SAFE |

I hereby acknowledge receipt of the above item(s) into my custody.

Received by: *(signature)*
[signature]

Date
1-12-22

Transferred by: *(signature, if appropriate)*
SW RETURN

Date

Witnessed by: *(signature)*
[signature]

Date
01/12/22

ATF Form 3400. 23
Revised March 2005

